IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  1:11cr16-SPM/GRJ

PEDRO ENRIQUE PEREZ RODRIGUEZ, et al.

    Defendant.
_____/

## ORDER

The parties are hereby directed to appear before the Court on Wednesday, November 30, 2011, at 11:00 a.m. for a pretrial conference.  For orderly progression of the trial, the Court wants to discuss various matters such as, the amount of time each party will need to present his case, whether the parties will be filing pretrial motions, whether the parties have agreed on jury instructions, standard trial procedure, and any miscellaneous topics that should be discussed before the trial.

    DONE AND ORDERED this 21st day of November, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

-1-