IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 1:11cr16/MW/GRJ
 1:14cv169/MW/GRJ

CARIDAD MOREJON HERNANEZ,

    Petitioner.
___

# REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a second amended motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 on October 27, 2014. (ECF No. 429.) On April 17, 2017, Petitioner was given twenty-one (21) days to show cause why his motion should not be dismissed in light of his release from incarceration on or about August 5, 2016. (ECF No. 469.) Petitioner was ordered to affirmatively demonstrate continued interest in his motion and to notify the court of his current address if he wished to proceed with this action. The time for compliance with the show cause order has now elapsed, and Petitioner has failed to respond.

Case Nos.: 1:11cr16/MW/GRJ; 1:14cv169/MW/GRJ

Accordingly, it is respectfully **RECOMMENDED**:

This case should be **DISMISSED without prejudice** for Petitioner's failure to comply with a court order and for Petitioner's failure to prosecute his case.

**IN CHAMBERS** at Gainesville, Florida this 16th day of May, 2017.

*/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case Nos.: 1:11cr16/MW/GRJ; 1:14cv169/MW/GRJ