## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                            **Case No. 1:11cr16-MW/GRJ-4**

**CARIDAD MOREJON HERNANEZ,**

     **Petitioner.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 473. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Petitioner's failure to comply with a court order and for Petitioner's failure to prosecute his case." The Clerk shall close the file.

**SO ORDERED on July 2, 2017.**

                    **s/Mark E. Walker** _____
                    **United States District Judge**